UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF AMERICA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ECF Case |
| -v- | Civil Action No.: 08-CV-03355 (LMM) (GWG) |
| $28,839.50 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___0830, IN THE NAME OF eCOMMERCE CUBED, INC., HELD AT WESTSIDE BANK, AND ALL FUNDS TRACEABLE THERETO; | **NOTICE OF CLAIM** |
| $6,043.44 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___0849, IN THE NAME OF eCOMMERCE CUBED, INC., HELD AT WESTSIDE BANK, AND ALL FUNDS TRACEABLE THERETO; | |
| $91,431.79 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___0853, IN THE NAME OF eCOMMERCE CUBED, INC., HELD AT IRONSTONE BANK, AND ALL FUNDS TRACEABLE THERETO; | |
| $57,709.46 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___7836, IN THE NAME OF TRANSACTION TECHNOLOGIES, HELD AT FIRST CITIZEN'S BANK, AND ALL FUNDS TRACEABLE THERETO; | |
| $101.18 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___8187, IN THE NAMES OF STEVEN ENGELSON, FRANCES REORGANGI, GLOBAL USI COMMUNICATIONS, GLOBAL USI SERVICES, GLOBAL USI COMMUNICATION SERVICES, INC., USI AMERICA, LLC, OR ICASH SYSTEMS, HELD AT FIRST NORTHERN BANK, AND ALL FUNDS TRACEABLE THERETO; | |
| $2,386.89 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___6168, IN THE NAMES OF STEVEN ENGELSON, FRANCES REORGANGI, GLOBAL USI COMMUNICATIONS, GLOBAL USI SERVICES, GLOBAL USI | |

| | |
|---|---|
| COMMUNICATION SERVICES, INC., USI AMERICA, LLC, OR ICASH SYSTEMS, HELD AT FIRST NORTHERN BANK, AND ALL FUNDS TRACEABLE THERETO; | : <br> : <br> : |
| $1,777.00 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___3222, IN THE NAMES OF STEVEN ENGELSON, FRANCES REORGANGI, GLOBAL USI COMMUNICATIONS, GLOBAL USI SERVICES, GLOBAL USI COMMUNICATION SERVICES, INC., USI AMERICA, LLC, OR ICASH SYSTEMS, HELD AT FIRST NORTHERN BANK, AND ALL FUNDS TRACEABLE THERETO; | : <br> : <br> : <br> : <br> : |
| $870.84 FORMERLY ON DEPOSIT IN ACCOUNT NO. ___3392, IN THE NAMES OF STEVEN ENGELSON, FRANCES REORGANGI, GLOBAL USI COMMUNICATIONS, GLOBAL USI SERVICES, GLOBAL USI COMMUNICATION SERVICES, INC., USI AMERICA, LLC, OR ICASH SYSTEMS, HELD AT FIRST NORTHERN BANK, AND ALL FUNDS TRACEABLE THERETO; | : <br> : <br> : <br> : <br> : |
| $525.52 FORMERLY ON DEPOSIT IN ACCOUNT ___9344, IN THE NAME OF USI SERVICES, HELD AT FIFTH THIRD BANK, AND ALL FUNDS TRACEABLE THERETO; | : <br> : <br> : |
| Defendants in rem. | : |
| ──────────────────────────────── X | |

I, Bill Sibert, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am authorized to file this Notice of Claim on behalf of E-Commerce Cubed, Inc. ("EC$^3$").

2.    EC$^3$ is the owner of the following bank accounts (the "Accounts"):

| Name of Bank | Account # |
|---|---|
| Westside Bank | xxx0830 |
| Westside Bank | xxx0849 |
| Ironstone Bank | xxxxxxxx8653 |
| First Citizens Bank | xxxxx7836 |

2

3. From these Accounts, the United States government has seized the following funds, totaling $184,024.19:

| Name of Bank | Account # | Amount Seized |
|---|---|---|
| Westside Bank | xxx0830 | $ 28,839.50 |
| Westside Bank | xxx0849 | $ 6,043.44 |
| Ironstone Bank | xxxxxxxx8653 | $ 91,431.79 |
| First Citizens Bank | xxxxx7836 | $ 57,709.46 |

4. Of the funds seized, $EC^3$ owns and hereby claims the following amounts, totaling $109,015.78:

| Name of Bank | Account # | Amount Seized | Amount Owned By $EC^3$ |
|---|---|---|---|
| Westside Bank | xxx0830 | $ 28,839.50 | $26,951.73 |
| Westside Bank | xxx0849 | $ 6,043.44 | $0 |
| Ironstone Bank | xxxxxxxx8653 | $ 91,431.79 | $30,558.65 |
| First Citizens Bank | xxxxx7836 | $ 57,709.46 | $51,505.40 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 21, 2008

_____
Bill Sibert