UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

UNITED STATES OF AMERICA                    :           ECF Case

       -v-                              :           Civil Action No.:
                                                        08-CV-03355 (LMM) (GWG)

$28,839.50 FORMERLY ON DEPOSIT IN            :
ACCOUNT NO. ___0830, IN THE NAME
OF eCOMMERCE CUBED, INC., HELD AT            :
WESTSIDE BANK, AND ALL FUNDS
TRACEABLE THERETO;                           :

$6,043.44 FORMERLY ON DEPOSIT IN             :
ACCOUNT NO. ___0849, IN THE NAME
OF eCOMMERCE CUBED, INC., HELD AT            :
WESTSIDE BANK, AND ALL FUNDS
TRACEABLE THERETO;                           :

$91,431.79 FORMERLY ON DEPOSIT IN            :
ACCOUNT NO. ___0853, IN THE NAME
OF eCOMMERCE CUBED, INC., HELD AT            :
IRONSTONE BANK, AND ALL FUNDS
TRACEABLE THERETO;                           :

$57,709.46 FORMERLY ON DEPOSIT IN            :
ACCOUNT NO. ___7836, IN THE NAME
OF TRANSACTION TECHNOLOGIES,  HELD           :
AT FIRST CITIZEN'S BANK, AND ALL FUNDS
TRACEABLE THERETO;                           :

$101.18 FORMERLY ON DEPOSIT IN               :
ACCOUNT NO. ___8187, IN THE NAMES OF
STEVEN ENGELSON, FRANCES REORGANGI,          :
GLOBAL USI COMMUNICATIONS, GLOBAL
USI SERVICES, GLOBAL USI                     :
COMMUNICATION SERVICES, INC., USI
AMERICA, LLC, OR ICASH SYSTEMS, HELD         :
AT FIRST NORTHERN BANK, AND ALL
FUNDS TRACEABLE THERETO;                     :

$2,386.89 FORMERLY ON DEPOSIT IN             :
ACCOUNT NO. ___6168, IN THE NAMES OF
STEVEN ENGELSON, FRANCES REORGANGI,          :
GLOBAL USI COMMUNICATIONS, GLOBAL
USI SERVICES, GLOBAL USI                     :

COMMUNICATION SERVICES, INC., USI
AMERICA, LLC, OR ICASH SYSTEMS, HELD    :
AT FIRST NORTHERN BANK, AND ALL
FUNDS TRACEABLE THERETO;    :

$1,777.00 FORMERLY ON DEPOSIT IN    :
ACCOUNT NO. ___3222, IN THE NAMES OF
STEVEN ENGELSON, FRANCES REORGANGI,    :
GLOBAL USI COMMUNICATIONS, GLOBAL
USI SERVICES, GLOBAL USI    :
COMMUNICATION SERVICES, INC., USI
AMERICA, LLC, OR ICASH SYSTEMS, HELD    :
AT FIRST NORTHERN BANK, AND ALL
FUNDS TRACEABLE THERETO;    :

$870.84 FORMERLY ON DEPOSIT IN    :
ACCOUNT NO. ___3392, IN THE NAMES OF
STEVEN ENGELSON, FRANCES REORGANGI,    :
GLOBAL USI COMMUNICATIONS, GLOBAL
USI SERVICES, GLOBAL USI    :
COMMUNICATION SERVICES, INC., USI
AMERICA, LLC, OR ICASH SYSTEMS, HELD    :
AT FIRST NORTHERN BANK, AND ALL
FUNDS TRACEABLE THERETO;    :

$525.52 FORMERLY ON DEPOSIT IN    :
ACCOUNT ___9344, IN THE NAME OF USI
SERVICES, HELD AT FIFTH THIRD BANK,    :
AND ALL FUNDS TRACEABLE THERETO;
                                                                      :

                         Defendants in rem.
_____    X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF CLAIMANT E-COMMERCE CUBED, INC.

Claimant E-Commerce Cubed, Inc. ("$EC^3$") submits this corporate disclosure statement

pursuant to Fed. R. Civ. P. 7.1.  $EC^3$ is a California corporation wholly owned by its parent,

Priva Technologies, Inc.

2

Dated: New York, New York
       June 10, 2008

                              WINSTON & STRAWN LLP


                              By: s/Richard F. Lawler
                                    Richard F. Lawler (RL 2523)


                              200 Park Avenue
                              New York, New York 10166
                              (212) 294-6700

                              *Attorneys for Claimant EC³*

NY:1184405.1